**COM.**

**v.**

**DUNKEL, R.**

**563 WDA 2016**

Superior Court of Pennsylvania.

5/16/2017

CP–10–CR–0000631–2015
(Butler)

Affirmed

**COM.**

**v.**

**SIMPSON, G.**

**626 WDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–43–CR–0001446–2010 (Mercer)

Affirmed

**COM.**

**v.**

**GREELEY, A.**

**775 WDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–26–CR–0000133–2009 (Fayette)

Affirmed

**COM.**

**v.**

**STEHLEY, G.**

**861 WDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–07–CR–0000200–2013

CP–07–CR–0000465–2014

(Blair)

Affirmed

**COM.**

**v.**

**MURPHY, A.**

**1134 WDA 2016**

Superior Court of Pennsylvania.

05/16/2017

CP–02–CR–0014279–1993, CP–02–CR–0014649–1993 (Allegheny)

Affirmed